■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JOHN WEIR CLOSE, Admitted in 1990, at a Term of the Appellate Division, Second Department. [746 NYS2d 900] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Williams, P.J., Nardelli, Mazzarelli, Saxe and Ellerin, JJ. [*See* 230 AD2d 366.]